(May 27, 1957)

■ SOL BROVENDER, Respondent, v. JAMES WILLIAMS et al., Defendants, and MYRTIS W. WILLIAMS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 841.]

■ ANDREW J. COPPOLA et al., Appellants, v. CAROLINE COPPOLA, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of the Accounting of FRIEND L. TUTTLE, as Successor Trustee under the Will of CARRIE A. DUCKER, Deceased, Appellant. LAWRENCE M. WOOLLEY et al., as Executors of DANIEL S. WOOLLEY, Deceased, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs, payable by appellant personally. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 852.]

■ DORIS H. KREEGER et al., Respondents, v. SUSANNAH R. KAREN et al., Appellants.— Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.; Beldock, J., not voting. [See *ante*, p. 859.]

■ JAMES MOLONE, Respondent, v. ARCHIBALD BOMAR, Appellant.— Motion referred to the court to which the appeal was submitted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. Motion by respondent to dismiss appeal granted and appeal dismissed, with $10 costs and disbursements, payable by the respondent to the appellant. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.